# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                               CASE NO.: 2:13-cr-083(1)
                                                    JUDGE SMITH
                                                     MAGISTRATE JUDGE KEMP

DOUGLAS M. SPETTEL,

    Defendant.

## ORDER

On May 31, 2013, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant Spettel's guilty plea to Counts One and Ten of the Indictment charging him with falsely making counterfeited $20 bills and receiving and transferring forged and counterfeited obligations of the United States, in violation of 18 U.S.C. § 471 and 2, §473 and 2. Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure. Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's plea of guilty to Counts One and Ten of the Indictment. Defendant is hereby adjudged guilty of falsely making counterfeited $20 bills and receiving and transferring forged and counterfeited obligations of the United States.

**IT IS SO ORDERED.**

    */s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**